

NUMBER 13-11-00025-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE ADRIAN CASTRO

On Petition for Writ of Mandamus.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Perkes
Per Curiam Memorandum Opinion[1]

Relator, Adrian Castro, filed a petition for writ of mandamus in the above cause on January 18, 2011, seeking to compel the Honorable Federico Hinojosa, who was assigned to hear the underlying matter in the 94th District Court of Nueces County, Texas, to withdraw his order of November 12, 2010 compelling arbitration. The Court requested and received a response to the petition for writ of mandamus from Paula Wyatt and Wyatt Law Firm Ltd., the real parties in interest herein, and further received a reply thereto from relator.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the petition for writ of mandamus, the response thereto, and relator's reply, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the 9th
day of February, 2011.